Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., #170
Los Angeles, CA 90025
T: (323) 988-2400 x229; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| VASSIL KRAPF            ) | **Case No.: SA CV 08-1330 AG (RZx)** |
|         Plaintiff,     ) | |
|       vs.           ) | **VOLUNTARY DISMISSAL** |
| CREDITOR'S FINANCIAL GROUP, LLC   ) | |
|        Defendant.    ) | |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, VASSIL KRAPF, by and through his attorneys, KROHN & MOSS, LTD.,

hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 2, 2009              KROHN & MOSS, LTD.

By:/s/ Nicholas J. Bontrager

Attorney for Plaintiff,
VASSIL KRAPF